IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| **DYLAN BRANDT, by and through his mother, Joanna Brandt,** *et al.*, | **PLAINTIFFS** |
| v.   No. 4:21-CV-00450-JM | |
| **LESLIE RUTLEDGE, in her official capacity as the Arkansas Attorney General,** *et al.*, | **DEFENDANTS** |

NOTICE OF APPEARANCE

Senior Assistant Attorney General Kat Hodge-Guest enters an appearance as counsel for Leslie Rutledge in her official capacity as the Attorney General of the State of Arkansas; Amy E. Embry in her official capacity as the Executive Director of the Arkansas State Medical Board; and Sylvia D. Simon, Robert Breving Jr., Veryl D. Hodges, John H. Scribner, Elizabeth Anderson, Rhys L. Branman, Edward "Ward" Gardner, Rodney Griffin, Betty Guhman, Brian T. Hyatt, Timothy C. Paden, Don R. Philips, William L. Rutledge, and David L. Staggs in their official capacities as members of the Arkansas State Medical Board.

I certify that I am admitted to practice in this Court.

Dated: June 17, 2021

    Respectfully Submitted,

    LESLIE RUTLEDGE
    Arkansas Attorney General
    KAT HODGE-GUEST
    ARKANSAS BAR 2003-100
    Senior Assistant Attorney General
    ARKANSAS ATTORNEY GENERAL'S OFFICE
    323 Center Street, Suite 200
    Little Rock, AR 72201
    Phone:   (501) 682-1307
    Fax:       (501) 682-2591
    Katina.Guest@ArkansasAG.Gov

    *Attorneys for Defendants*